# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL ACTION NO. |
| | : 1:03-CR-0109-JOF |
| RONNIE MONROE LOTT, | : |
| | : |
| Defendant. | : |

## OPINION AND ORDER

The instant matter is before the court on Petitioner Ronnie Lott's Motion for Information [319], Motion for Status Report [320], and Motion for Reduction in Sentence [322].

On November 4, 2003, a jury found Petitioner guilty of (1) one count of conspiracy to knowingly distribute at least 50 grams of cocaine base or crack; (2) two counts of possession with intent to distribute at least 3 grams of crack; (3) three counts of possession with intent to distribute at least 50 grams of crack; (4) one count of management and control of a "crack house," or a building occupied for the purpose of distributing cocaine base; and (5) one count of conspiracy to launder money knowingly derived from the possession and distribution of crack. Under the 2003 Sentencing Guidelines the court calculated Petitioner's base offense level for the drug offense to be 38 under section 2D1.1(c) based

on the possession of 76.56 kilograms of crack. The court added two points for possession of a firearm and four points for the Petitioner's role in the offense for a final offense level for the drug offense of 44. The court calculated Petitioner's offense level for the money laundering count to be 40, and pursuant to section 3D1.3(a) the court used the higher of the two offense levels, or 44, to calculate Petitioner's sentence. Petitioner had a criminal history category of I and a guideline range of life imprisonment with a statutory mandatory minimum term of ten years, or 120 months. The court sentenced Petitioner to twenty years, or 240 months. The Eleventh Circuit affirmed.

Petitioner filed the instant Pro Se Motions for Information and Status Report on July 11, 2008, and the instant Motion for Reduction on July 14, 2008. In his Motion for Information, Petitioner requests that the court (1) verify the date his appeal was denied, (2) send him copies of the "last two filings" on the docket sheet, and (3) provide "any other information that would be helpful to me based on the status surrounding this case including the deposition." In his Motion for Status Report Petitioner requests some indication that his filing is being acted upon. In his Motion for Sentence Reduction, Petitioner contends that the court should lower his sentence from 240 months to 168 months based upon Amendment 706 to the Sentencing Guidelines. This court ordered the Government to respond to Petitioner's Motion for Sentence Reduction, and it did so on September 22, 2008. The Government avers that Petitioner is not eligible for a sentence reduction under Amendment

2

706 because Amendment 706 did not alter the guidelines for possession of high quantities of cocaine base such as the 76.56 kilograms involved in this case.

Amendment 706 generally reduced by two levels the offense levels applicable to crack cocaine offenses. At the high end, the guidelines previously applied an offense level of 38 to any quantity of crack of 1.5 kilograms or more. The offense level now applies an offense level of 36 to quantities of crack between 1.5 kilograms and 4.5 kilograms. The guidelines, however, still apply an offense level of 38 to any quantity of crack of 4.5 kilograms or more.

The court may only reduce a petitioner's sentence under 18 U.S.C. § 3582(c), if an Amendment has the effect of lowering the petitioner's applicable guideline range. U.S.C.G. § 1B1.10(a)(2)(B). Amendment 706 does not have the effect of lowering Petitioner's guideline range because under either the new or the old guidelines, the offense level for possession of more than 4.5 kilograms of cocaine base is 38. Petitioner was convicted of possessing far more than 4.5 kilograms. Therefore, Petitioner's Motion for Reduction of Sentence is DENIED [322]. This order serves an a status update so Petitioner's Motion for Status Update is DENIED as moot [320]. Petitioner's Motion for Information is GRANTED [319]. The court DIRECTS the Clerk of Court to send Petitioner a copy of the docket along with this order.

3

**IT IS SO ORDERED** this 27th day of October 2008.


                              s/ J. Owen Forrester
                              J. OWEN FORRESTER
                     SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)